UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANNA CASTELLANO,<br><br>           Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>           Defendant. | No. CV-11-3026-CI<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

    BEFORE THE COURT is the parties' stipulated Motion to Remand the above-captioned matter to the Commissioner for additional administrative proceedings. (ECF No. 23.) Attorney D. James Tree represents Plaintiff Anna Castellano; Special Assistant United States Attorney Thomas S. Inman represents Defendant. The parties have consented to proceed before a magistrate judge. (ECF No. 7.) After considering the stipulation of the parties,

**IT IS ORDERED:**

    1. The parties' stipulated Motion to Remand **(ECF No. 23)** is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) shall: (1) hold a supplemental hearing and issue a new decision; (2) consider all of the opinion evidence of record, including the opinions of Sandy Elsner, B.A., Christopher Clark, M.Ed., George Rodkey, M.D., Lindsay Vaagen, M.S.W., Dick Moen, M.S.W., and Sharon Underwood, Ph.D., and

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

specify the weight assigned to those opinions; (3) further consider Plaintiff's residual functional capacity in light of the aforementioned opinions; (4) further evaluate Plaintiff's credibility; and (5) obtain evidence from a vocational expert to determine whether Plaintiff can perform work at step five of the sequential evaluation.

2.   Judgment shall be entered for the **PLAINTIFF**.

3.   Plaintiff's Motion for Summary Judgment (**ECF No. 16**) is stricken as moot.

4.   An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED April 3, 2012.

        S/ CYNTHIA IMBROGNO
    UNITED STATES MAGISTRATE JUDGE